**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Michelle R. Corwin : | |
| : | CASE NO. 04-CV-870 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| H&R Block Mortgage Corporation, et al. : | |
| : | |
| Defendants. : | |

**NOTICE OF DISMISSAL**

Now comes Plaintiff Michelle R. Corwin and hereby dismisses her case, with prejudice, as against all Defendants. This dismissal is pursuant to an Agreement of Settlement and Release signed by all parties to this case.

Costs to Defendants.

                                           _/s/ Jessica K. Walls_____
                                           Randy S. Kurek	(0023325)
                                           e-mail: randykurek@isaacbrant.com
                                           Jessica K. Walls	(0076761)
                                           e-mail:  jkw@isaacbrant.com
                                           ISAAC, BRANT, LEDMAN & TEETOR LLP
                                           250 East Broad Street, Suite 900
                                           Columbus, Ohio 43215
                                           (614) 221-2121; (614) 365-9516 (fax)
                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing was filed electronically on January 4, 2005. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the electronic filing through the Court's system.

Bruce P. Batista, Esq.
Angela K. Reitler, Esq.
Vorys, Sater, Seymour & Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
*Attorneys for Defendants*

                                           _/s/ Jessica K. Walls__
                                           *Attorneys for Plaintiff*